IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES V. FAULKNER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )   CIVIL NO. 05-457-DRH |
| | ) |
| GUY PIERCE and the ATTORNEY | ) |
| GENERAL for the STATE of ILLINOIS, | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

Before the Court is Petitioner's motion for return of his appellate filing fee of $250 (Doc. 28). He believes that he is entitled to reimbursement of this fee because his request for issuance of certificate of appealability was denied by both this Court and the Seventh Circuit Court of Appeals. However, "the filing of a complaint (or appeal) is the act that creates the obligation to pay fees," and filing fees must be paid even when a case or appeal is later dismissed. *See Hains v. Washington,* 131 F.3d 1248, 1250 (7th Cir. 1997). Accordingly, the instant motion is **DENIED**.

**IT IS SO ORDERED.**

**DATED:** April 11, 2006.

/s/   David   RHerndon
**DISTRICT JUDGE**